ACCEPTED
03-15-00446-CV
8293955
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 6:10:11 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00446-CV

IN THE
COURT OF APPEALS FOR THE
THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 6:10:11 PM
JEFFREY D. KYLE
Clerk

_____

BAXTER OIL SERVICE, LTD.
APPELLANT

VERSUS

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
APPELLEE
_____

APPEAL FROM THE 345TH JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS
NO. D-1-GN-1-0-000772

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

NOW COMES Appellant Baxter Oil Service, Ltd. and files this Second Unopposed Motion for Extension of Time to File Reply Brief, and in support thereof would respectfully show the Court as follows:

1. Appellant filed its opening brief on September 25, 2015. Appellee Texas Commission on Environmental Quality requested an extension of time within which to file its brief, which Appellant did not oppose and which was granted. Appellee thus filed its Brief of Appellee on November 13, 2015, making Appellant's reply brief originally due December 3, 2015. Appellant then requested a 20-day extension

{00087193}

for filing its reply brief, which was granted. Appellant's reply brief is currently due December 23, 2015.

2. In the past week, the undersigned counsel has been involved with an unexpected injunction hearing in Cause No. 2015-CI-17534, *Cibolo Creek Ranch, Ltd. v. SA Kinder Ranch Unit 10, Inc. and LFV Properties, Ltd.,* in the 438th Judicial District Court of Bexar County, Texas, and with jury charge-related activities in Cause No. 2011-CI-08332, *Weynand v. Olmos Equipment, Inc., et al.,* in the 285th Judicial District Court of Bexar County, Texas. The *Weynand* case has been in trial for three months and at the time Baxter Oil requested its first extension, the undersigned was unaware that the jury charge work would coincide with the briefing time on the Baxter Oil reply brief. Additionally, this week the undersigned counsel's law firm suffered the loss of a long time assistant and the undersigned counsel has been out of the office attending to matters surrounding that loss.

3. For all of these reasons, Appellant requests a 20-day extension of time within which to file Appellant's reply brief.

4. Counsel for Appellant contacted counsel for Appellee, who indicated that the requested extension is unopposed.

5. This is Appellant's second request for an extension for filing its reply brief and the extension is not sought for delay, but so that justice may be had.

WHEREFORE Appellant prays that this Motion be granted such that Appellant's reply brief be considered timely filed on or before January 12, 2015, and this Court award Appellant such other and further relief, both general and special, at law or in equity, to which it may be entitled.

Respectfully submitted,

**PULMAN, CAPPUCCIO,**
**PULLEN, BENSON & JONES, LP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:  */s/ Leslie Sara Hyman*
     Elliott S. Cappuccio
     Texas State Bar No. 24008419
     ecappuccio@pulmanlaw.com
     Leslie Sara Hyman
     Texas State Bar No. 00798274
     lhyman@pulmanlaw.com
     Matthew J. McGowan
     mmcgowan@pulmanlaw.com
     Texas State Bar No. 24098077

**ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of December, 2015, the foregoing Appellant's Second Unopposed Motion for Extension of Time to File Reply Brief was served in accordance with the Texas Rules of Appellate Procedure addressed as follows:

*Via Email to thomas.edwards@texasattorneygeneral.gov:*
Mr. Thomas H. Edwards
*Via Email to craig.pritzlaff@texasattorneygeneral.gov:*
Mr. Craig Pritzlaff
Office of the Attorney General
Environmental Protection Division
P.O. Box. 12548, Capitol Station
Austin, Texas 78711

*/s/ Leslie Sara Hyman*
Leslie Sara Hyman